UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JOD SELOU,<br><br>        Plaintiff,<br><br>v.<br><br>INTEGRITY SOLUTION SERVICES INC., INTEGRITY ACQUISITION, LLC, CENTRAL CREDIT SERVICES, INC., and RADIUS GLOBAL SOLUTIONS, LLC<br><br>        Defendants.<br><br>Rex C. Anderson (P47068)<br>Rex Anderson PC<br>Attorney for Plaintiff<br>9459 Lapeer Rd., Ste. 101<br>Davison, MI 48423<br>(810) 653-3300<br>rex@rexandersonpc.net | Case No. 4:15-CV-10927-LVP-MJH<br>Hon. Linda V. Parker<br>Magistrate Michael J. Hluchaniuk<br><br><br><br>Deborah Lujan<br>Attorney for Defendant<br>4000 Town Center, 9th Floor<br>Southfield, MI 48075<br>(248) 351-5417 Direct Phone<br>(248) 351-6011 Direct Fax<br>Deborah.Lujan@ceflawyers.com<br><br>Samuel Ford, Esq.<br>Michael Alltmont, Esq.<br>Bryan C. Shartle, Esq.<br>Sessions, Fishman, Nathan & Israel LLC<br>Attorneys for Defendant<br>3850 N. Causeway Blvd., Ste. 200<br>Metairie, LA 70002<br>(504) 846-7911<br>malltmont@sessions.legal |

**PLAINTIFF, JOD SELOU'S AMENDED PRELIMINARY WITNESS LIST**

Plaintiff, Jod Selou, through her attorney, Rex Anderson, P.C., identifies the following witnesses that may be called during the trial of this matter:

1. Plaintiff, Jod Selou, who may be reached through the undersigned counsel.

2. Jeff Bahri, who may be reached through the undersigned counsel

3. Yubel Selou who may be reached through the undersigned counsel

4. Heather Howie who's address is unknown at this time.

5. Designated representative and / or 30(b)(6) witness for Defendant, Central Credit Services Inc., whose identity will be revealed through discovery.

6. Designated representative and / or 30(b)(6) witness for Defendant, Integrity Solution Services Inc., whose identity will be revealed through discovery.

7. Designated representative and / or 30(b)(6) witness for Defendant, Integrity Acquisition LLC, whose identity will be revealed through discovery.

8. Designated representative and / or 30(b)(6) witness for Defendant, Radius Global Solutions LLC., whose identity will be revealed through discovery.

9. Defendant collectors whose true identity will be revealed through discovery.

10. Jeremy Mapes, Expert Witness will testify to Defendant's use of Automated Telephone Dialing System.

11. Current or former employees of Central Credit Services Inc., that were involved in collection attempts on Plaintiff's account.

12. Any and all witnesses whose identities become known through further discovery.

13. Records custodians of any and all phone companies used by either party.

14. Any and all records custodians of any and all automated dialer vendors, retained by Defendant to place calls to Plaintiff's cell phone.

15. Any and all record custodians of any and all skip-tracing vendors and / or credit bureaus.

16. All individuals listed on Defendants' Witness Lists or amended Witness List.

17. Rebuttal witnesses, if necessary

18. Plaintiff reserves the right to amend and supplement her witness list.

Dated:    March 22, 2016

Respectfully submitted,
**REX ANDERSON PC**

/s/ Rex C. Anderson _____
Rex C. Anderson, Esq. (P47068)
Attorney for Plaintiff
9459 Lapeer Road
Davison, MI 48423
Telephone:  (810)653-3300
rex@rexandersonpc.net

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JOD SELOU,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>INTEGRITY SOLUTION SERVICES INC., INTEGRITY ACQUISITION, LLC, CENTRAL CREDIT SERVICES, INC., and RADIUS GLOBAL SOLUTIONS, LLC<br><br>　　　　　Defendants.<br><br>Rex C. Anderson (P47068)<br>Rex Anderson PC<br>Attorney for Plaintiff<br>9459 Lapeer Rd., Ste. 101<br>Davison, MI 48423<br>(810) 653-3300<br>rex@rexandersonpc.net | Case No. 4:15-CV-10927-LVP-MJH<br>Hon. Linda V. Parker<br>Magistrate Michael J. Hluchaniuk<br><br><br><br>Deborah Lujan<br>Attorney for Defendant<br>4000 Town Center, 9th Floor<br>Southfield, MI 48075<br>(248) 351-5417 Direct Phone<br>(248) 351-6011 Direct Fax<br>Deborah.Lujan@ceflawyers.com<br><br>Samuel Ford, Esq.<br>Michael Alltmont, Esq.<br>Bryan C. Shartle, Esq.<br>Sessions, Fishman, Nathan & Israel LLC<br>Attorneys for Defendant<br>3850 N. Causeway Blvd., Ste. 200<br>Metairie, LA 70002<br>(504) 846-7911<br>malltmont@sessions.legal |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2016 I filed the **PLAINTIFF'S AMENDED PRELIMINARY WITNESS LIST** with the Clerk of the Court using the ECF filing systems which will send notification on the following parties of interest:

Deborah A. Lujan (P46990)
Attorney for Defendants
4000 Town Center, 9th Floor
Southfield, MI 48075
(248) 355-4141
Deborah.lujan@ceflawyers.com

Michael Alltmont, Esq.
Sessions, Fishman, Nathan & Israel LLC
Attorneys for Defendant
3850 N. Causeway Blvd., Ste. 200
Metairie, LA 70002
(504) 846-7911
malltmont@sessions.legal

Dated:  March 22, 2016                             /s/ Beth Hudson
                                                                 Beth Hudson
                                                                 Legal Assistant to Rex Anderson, P.C.
                                                                 9459 Lapeer Rd., Ste. 101
                                                                 Davison, MI 48423
                                                                 Tel: 810-653-3300 Fax: 866-813-4195
                                                                 mied@rexandersonpc.com