UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JOD SELOU,<br><br>    Plaintiff,<br>v.<br><br>INTEGRITY SOLUTION SERVICES INC., INTEGRITY ACQUISITION, LLC, CENTRAL CREDIT SERVICES, INC., RADIUS GLOBAL SOLUTIONS, LLC, and LIVEVOX INC.<br><br>    Defendants.<br><br>Rex C. Anderson (P47068)<br>Rex Anderson PC<br>Attorney for Plaintiff<br>9459 Lapeer Rd., Ste. 101<br>Davison, MI 48423<br>(810) 653-3300<br>rex@rexandersonpc.net | **Case No. 4:15-CV-10927-LVP-MJH**<br>**Hon. Linda V. Parker**<br>**Magistrate Michael J. Hluchaniuk**<br><br>Deborah Lujan<br>Attorney for Defendant<br>4000 Town Center, 9th Floor<br>Southfield, MI 48075<br>(248) 351-5417 Direct Phone<br>(248) 351-6011 Direct Fax<br>Deborah.Lujan@ceflawyers.com<br><br>Bryan Shartle, Esq.<br>Michael D. Alltmont, Esq.<br>Sessions, Fishman, Nathan & Israel LLC<br>Attorneys for Defendant<br>3850 N. Causeway Blvd., Ste. 200<br>Metairie, LA 70002<br>(504) 846-7911<br>sford@sessions-law.biz |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

This matter having been amicably resolved between the parties and the Court being fully advised;

**IT IS HEREBY ORDERED** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above entitled cause of action is dismissed in its entirety as to all Defendants, with prejudice and without costs or fees to any party.

The Court retains jurisdiction only for the purposes of enforcing the settlement in this matter. This Order resolves all pending claims and closes the

case.

                                                s/ Linda V. Parker
                                                LINDA V. PARKER
                                                U.S. DISTRICT JUDGE

Dated: August 11, 2016

The undersigned approve and stipulate to entry of the foregoing Order:

| */s/ Rex C. Anderson* | */s/ Michael D. Alltmont* |
|---|---|
| Rex C. Anderson (P47068) | Michael D. Alltmont, |
| Attorney for Plaintiff | Attorney for Defendant |
| Rex Anderson, P.C. | 3850 N. Causeway Blvd., Ste. 200 |
| 9459 Lapeer Rd., Ste 101 | Metairie, LA 70002 |
| Davison, MI 48423 | (504) 828-3700 |
| 810-653-3300 | (504) 828-3737 |
| rex@rexandersonpc.net | malltmont@sessions.legal |